UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ZAYRE SMITH, <br><br> *Plaintiff*, <br><br> v. <br><br> **CLARITY SERVICES, INC.**, <br><br> *Defendant*. | Case Number: <br><br> **Jury Trial Demanded** |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, Zayre Smith ("Ms. Smith"), by and through her attorneys, Seraph Legal, P.A., and complains of the Defendant, **Clarity Services, Inc.** ("**Clarity**"), stating as follows:

**PRELIMINARY STATEMENT**

1. This is an action brought by Ms. Smith against Clarity for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et. seq.* ("FCRA").

**JURISDICTION AND VENUE**

2. Subject matter jurisdiction arises under FCRA, 15 U.S.C. § 1681p, and 28 U.S.C. § 1331.

3. Clarity is subject to the jurisdiction of this Court pursuant to 28 U.S.C. § 1331 and Fed. R. Civ. P. 4(k).

4. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b)(2), because the acts complained of were committed and / or caused by the

Defendant within Hillsborough County, Florida, which is in the Middle District of Florida.

## PARTIES

5. Ms. Smith is a natural person residing in Hillsborough County, Florida.

6. Ms. Smith was previously known as Zayre Johnson.

7. Ms. Smith is a "consumer" as defined by the FCRA, 15 U.S.C. § 1681a(c).

8. Clarity is a Delaware corporation with a primary business address of 475 Anton Blvd., Costa Mesa, CA 92626.

9. Clarity is registered to conduct business in the State of Florida, where its Registered Agent is CT Corporation System, 1200 South Pine Island Rd., Plantation, FL 33324.

10. Clarity is a nationwide Consumer Reporting Agency ("CRA") within the meaning of the FCRA, 15 U.S.C. § 1681a(f), in that it, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and uses various means of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically including mail and telephone communications.

11. Clarity is a subsidiary of Experian Holdings, Inc.

## FACTUAL ALLEGATIONS

### Clarity Produces Clearly Erroneous Report on Plaintiff

12. Ms. Smith was born in 1971 and has lived in Hillsborough County, Florida since 2018.

13. Around February 2018, Clarity began maintaining a credit file on Ms. Smith.

14. Around October 2019, Clarity incorporated credit information belonging to a separate unrelated consumer into Ms. Smith's credit file.

15. Clarity falsely associated information apparently belonging to Florence Johnson, born in 1989 and living in Monkton, Maryland with Ms. Smith.

16. Clarity's credit file on Ms. Smith includes a false name, Florence Johnson, date of birth, November 15, 1989, address, work phone number, bank account, employer, and email address[1]. **SEE PLAINTIFF'S EXHIBIT A.**

17. Clarity reported that Ms. Smith:

- Had a date of birth of XX/XX/1989,
- A home address in Monkton, Maryland,
- A cell phone number of (301) xxx-xxxx,
- A work phone number of (301) xxx-xxxx,
- An email address of florencejohnson@xxxxx.xxx,
- An employer of "Starship Tapes Rec,"

---

[1] The personal information provided has been redacted in compliance with Fed. R. Civ. P. 5.2 and the United States District Court, Middle District of Florida's Administrative Procedures for Electronic Filing, and to protect personal information potentially belonging to another. "X" replaces characters that are shown in the unredacted version of Ms. Smith's Clarity Consumer Disclosure

- An occupation of "worker," and

- That she maintained bank account number XXXXXX at Self Reliance Baltimore FCU,

18. All of the information which has been falsely included in Ms. Smith's credit file belongs to, on information and belief, one individual – Florence Johnson.

19. Ms. Smith has never applied for credit using the name "Florence Johnson," or any name other than her own legal name.

20. Likewise, Ms. Smith was not, and has never claimed to have been, born in 1989, or to have lived in Monkton.

21. On information and belief, Clarity's file on Ms. Smith is a textbook example of a "mixed file" – a credit file which contains information concerning two or more persons rather than the individual about whom it was requested.

22. The mixed file resulted from Clarity's reckless and improper methods by which it connects data reported to it by various furnishers to its internal files.

23. In an aggressive attempt to match every record reported, Clarity's automated systems often erroneously match information to a consumer's credit file with minimal commonalities – even if the data from Clarity's furnishers of information contains a substantially different name, date of birth and Social Security number than the target consumer's.

24. Clarity, as a CRA, has a legal obligation to use reasonable procedures to ensure the maximum possible accuracy of its consumer reports. 15 U.S.C. § 1681e(b).

25. Despite this, Clarity sold reports to at least seven potential creditors of Ms. Smith claiming she also had applied for credit in the past using the name Florence Johnson, date of birth 1989.

26. Clarity failed to use reasonable procedures in producing the consumer reports regarding Ms. Smith sold to these lenders, as any reasonable procedure would have determined that Clarity's information concerned an unrelated individual mixed with Ms. Smith's data.

27. Clarity is aware that its automated systems often erroneously match tradeline information to a consumer's credit file with minimal commonalities – even if the tradeline data contains a substantially different name, date of birth and Social Security number than the target consumer's.

28. Despite such knowledge, Clarity has yet to change its systems, which often match a consumer's data with the information in its files based on one data point, such as SSN, instead of utilizing all of the information provided to it by an applicant.

29. Clarity could reasonably foresee that selling reports which contained numerous pieces of data belonging to an unrelated individual would cause significant harm to Ms. Smith.

30. Clarity could reasonably foresee that producing credit reports which contain information about another person – especially a person so obviously not the subject of the credit report -- would likely cause harm to the consumer for whom the report is created and for others (e.g., Florence Johnson) whose information is thereby improperly disclosed.

31. An examination of Ms. Smith's Clarity credit file indicates on October 16, 2019 around 12:40am EDT, Clarity responded to a request by the online lender Minto Money for a report on Florence Johnson of Maryland, date of birth 1989, with a copy of Ms. Smith's credit report.

32. Minto Money is an online lender which makes loans at annual interest rates typically exceeding 700%, which are criminally usurious in almost every state in the Union.

33. Thus, not only did Clarity sell over 50 reports concerning Ms. Smith in the last 24 months which contained considerable amounts of data clearly not belonging to Ms. Smith and which indicated she was, in fact, someone else, Clarity sold a report to criminally-operating loansharks – containing Ms. Smith's Social Security number, date of birth, address, employer, bank account information and more – without any reasonable basis to believe Minto Money had permissible purpose to obtain the report since Minto Money itself indicated it was asking for a report on another individual living over 1,000 miles away.

34. One of the products Clarity sells to lenders is called Clear Digital Identity™, which it describes as a service that "cross-references application information, phone and email details, and exclusive Clarity data to authenticate consumer identities and detect application fraud. . . . Comparing a consumer's personal information against phone, email and Clarity data helps to validate the legitimacy of an applicant's information and gives lenders a much greater assurance that applicants are who they claim to be. A failure to authenticate some of the data

points can indicate fraud." See Clarity Services, Inc., https://www.clarityservices.com/solutions/fraud/clear-digital-identity/ (last visited July 22, 2022).

35. Upon information and belief, the presence of the name "Florence Johnson" combined with what is presumably her personal information being incorporated into Ms. Smith's file, resulted in legitimate credit applications by Ms. Smith being falsely flagged as potentially fraudulent.

36. As evidenced by the glaring errors in its reports, Clarity failed to use reasonable procedures in producing the consumer reports regarding Ms. Smith which it sold to these lenders, as any reasonable procedure would have determined that information about an unrelated individual was mixed with Ms. Smith's data.

37. A review of other parts of Ms. Smith's Clarity file reveals Clarity has virtually no safeguards in place to ensure data meets even a bare-minimum standard for integrity, or even logical possibility.

38. For example, Ms. Smith's Clarity report indicates On August 13, 2018, it was reported (apparently twice) that the date of her next paycheck was January 1, 2001 – in other words, her "next" paycheck was scheduled to occur 17 years in the past. **SEE PLAINTIFF'S EXHIBIT B.**

39. Such information could not even possibly be true, and is logically absurd. Yet, due to Clarity's failures to implement even a *soupçon* of quality-control, this data was accepted by Clarity as legitimate and included in reports sold to dozens of lenders.

40. Ms. Smith has had considerable misfortune in the past with the nationwide consumer reporting agencies selling wildly-inaccurate information about her.

41. Thus, upon learning that another CRA – Clarity – was including information belonging to an unrelated consumer on her reports, Ms. Smith became very upset, panicked, and concerned.

42. Ms. Smith has also suffered damage to her reputation and spent time and money to correct her file and force the Defendant to comply with its statutory obligations, and has spent time and money in procuring counsel.

43. Ms. Smith has hired this law firm to represent her in this matter and has assigned the firm her right to fees and costs.

## COUNT I
## CLARITY'S VIOLATIONS OF THE FCRA - 15 U.S.C. § 1681e(b)

44. Ms. Smith adopts and incorporates paragraphs 1 - 43 as if fully stated herein.

45. Clarity violated **15 U.S.C. § 1681e(b)** when it failed to follow reasonable procedures to assure maximum possible accuracy of a consumer report by matching and including information concerning another consumer, Florence Johnson, on reports sold concerning Ms. Smith.

46. Clarity's conduct was willful and intentional, or, alternately, was done with reckless disregard for its duties under the FCRA to provide reports with maximum possible accuracy.

47. Clarity is thus liable to Ms. Smith, pursuant to 15 U.S.C. § 1681n, for the greater of Ms. Smith's actual damages and statutory damages of up to $1,000 for each occurrence, as well as for punitive damages, reasonable attorneys' fees, and costs.

48. Alternatively, Clarity acted negligently and is thus liable to Ms. Smith, pursuant to 15 U.S.C. § 1681o, for Ms. Smith's actual damages, reasonable attorneys' fees, and costs.

**WHEREFORE,** Ms. Smith respectfully requests this Honorable Court enter judgment against Clarity for:

    a. The greater of Ms. Smith's actual damages and statutory damages of $1,000 per violation pursuant to 15 U.S.C. § 1681n(a)(1)(A), or in the alternative, Ms. Smith's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

    b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

    c. Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. § 1681n(a)(3) and/or 15 U.S.C. § 1681o(a)(2); and,

    d. Such other relief that this Court deems just and proper.

## COUNT II
## CLARITY'S VIOLATIONS OF THE FCRA - 15 U.S.C. § 1681b(a)

49. Ms. Smith adopts and incorporates paragraphs 1 - 43 as if fully stated herein.

50. Clarity violated **15 U.S.C. § 1681b(a)** when it when it provided reports to Minto Money while having no reason to believe that Minto Money had a legitimate business need for the report or intended to use it in connection with any review of an account related to Ms. Smith, or to make any firm offer of credit, foremost because Minto Money requested a report on Florence Johnson, a consumer in another state with a date of birth differing by almost two decades and whose Social Security number also varied substantially.

51. Clarity is thus liable to Ms. Smith, pursuant to 15 U.S.C. § 1681n, for the greater of Ms. Smith's actual damages and statutory damages of up to $1,000 for each occurrence, as well as for punitive damages, reasonable attorneys' fees, and costs.

52. Alternatively, Clarity acted negligently and is thus liable to Ms. Smith, pursuant to 15 U.S.C. § 1681o, for Ms. Smith's actual damages, reasonable attorneys' fees, and costs.

53. WHEREFORE, Ms. Smith respectfully requests this Honorable Court enter judgment against Clarity for:

    a. The greater of Ms. Smith's actual damages and statutory damages of $1,000 per violation pursuant to 15 U.S.C. § 1681n(a)(1)(A), or in the alternative, Ms. Smith's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

    b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

    c. Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. § 1681n(a)(3) and/or 15 U.S.C. § 1681o(a)(2); and,

    d. Such other relief that this Court deems just and proper.

## JURY TRIAL DEMANDED

Ms. Smith hereby demands a trial by jury on all issues so triable.

Respectfully submitted on **March 3, 2023**, by:

**SERAPH LEGAL, P. A.**

*/s/ Thomas M. Bonan*
Thomas M. Bonan Esq.
Florida Bar No.: 118103
TBonan@SeraphLegal.com
1614 N 19th Street
Tampa, Florida 33605
Tel: 813-567-1230
Fax: 855-500-0705
*Counsel for Plaintiff*

**EXHIBITS**
A    Plaintiff's Clarity Credit Disclosure dated February 5, 2023
B    Plaintiff's Clarity Credit Disclosure dated February 5, 2023 – Income Information

# EXHIBIT A
## Plaintiff's Clarity Credit Disclosure dated February 5, 2023, Excerpt

**Clarity Report for SMITH, ZAYRE**

2/5/2023

**Consumer**

Name
SMITH, ZAYRE

Address
[redacted]

Reference Number
[redacted]

# EXHIBIT B
# Plaintiff's Clarity Credit Disclosure dated June 15, 2022

## Personal Information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, phone number, employer, income, etc. This information is listed in no particular order and includes previously submitted information that you, your creditors and/or other sources have reported. The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your name, date of birth and driver's license/state, then all those data elements came from the same inquiry.

| Name | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| FLORENCE JOHNSON | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |
| ZAYRE JOHNSON | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 1 |
| ZAYRE SMITH | 5/2/2019 5:06:06 pm EDT akdhem5y4f | 7/6/2022 10:29:44 am EDT bcvj9nj08m | 7 |
| ZAYRE V JOHNSON | 2/27/2018 4:10:16 pm EST vckwtj9j35 | 8/13/2018 12:58:13 pm EDT m3sftj3ahq | 7 |

| Date Of Birth | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| ▓▓▓ | 2/27/2018 4:10:16 pm EST vckwtj9j35 | 7/6/2022 10:29:44 am EDT bcvj9nj08m | 15 |
| ▓▓▓ 1989 | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |

| Driver's License Number and State | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| XXXXXXXXX7810 FL | 2/27/2018 4:10:16 pm EST vckwtj9j35 | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 6 |
| XXXXXXX5080 MD | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |

## Housing Information

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your home address, housing status, and months at address, then all those data elements came from the same inquiry

| Home Address | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| ▓▓▓ | 2/27/2018 4:10:16 pm EST vckwtj9j35 | 6/26/2018 3:42:09 pm EDT 78tkb8k378 | 5 |

Page **13** of **18**

# EXHIBIT B
## Plaintiff's Clarity Credit Disclosure dated June 15, 2022

| Home Address | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| ███████████████ | 7/6/2022 10:29:44 am EDT bcvj9nj08m | 7/6/2022 10:29:44 am EDT bcvj9nj08m | 1 |
| ███████████████ | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 2/25/2020 11:25:50 pm EST dm7531rady | 9 |
| ████████ MONKTON MD 21111 | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |

| Housing Status | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| OWN | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |
| ███ | ██████████████ | ██████████████ | █ |

| Months at Address | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 16 Months | 8/13/2018 12:58:11 pm EDT 0df9ybdqyw | 8/13/2018 12:58:13 pm EDT m3sftj3ahq | 2 |
| 36 Months | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 1 |
| 91 Months | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |

### Phone Information

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your cell phone number, home phone number and work phone number, then all those data elements came from the same inquiry.

| Cell Phone Number | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| ████████ | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |
| ████████ | 2/27/2018 4:10:16 pm EST vckwtj9j35 | 12/17/2019 10:29:25 pm EST 6ffr3neder | 10 |

| Home Phone Number | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| ██████4819 | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |
| ████████ | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 2/25/2020 11:25:50 pm EST dm7531rady | 7 |

# EXHIBIT B
## Plaintiff's Clarity Credit Disclosure dated June 15, 2022

| Work Phone Number | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| ▮▮▮▮6242 | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |
| ▮▮▮▮ | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 8/13/2018 12:58:13 pm EDT m3sftj3ahq | 3 |

### Email Information

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your email address and cell phone number, then all those data elements came from the same inquiry.

| Email Address | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| FLO▮▮▮▮@YAHOO.COM | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |
| ▮▮▮▮ | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 1 |
| ▮▮▮▮ | 5/2/2019 5:06:06 pm EDT akdhem5y4f | 5/2/2019 5:06:32 pm EDT 725yq6n375 | 2 |
| ▮▮▮▮ | 12/17/2019 10:29:25 pm EST 6ffr3neder | 2/25/2020 11:25:50 pm EST dm7531rady | 3 |

### Employment Information

Employment information is listed in no particular order and includes all previously submitted places of employment that you, your creditors and/or other sources have reported. The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your employer name, employer address, occupation and months at employer, then all those data elements came from the same inquiry.

| Employer Name | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| ▮▮▮▮ | 8/13/2018 12:58:11 pm EDT 0df9ybdqyw | 8/13/2018 12:58:13 pm EDT m3sftj3ahq | 2 |
| ▮▮▮▮ | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 1 |
| ▮▮▮▮ | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |

| Occupation | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| ▮▮▮▮ | 8/13/2018 12:58:11 pm EDT 0df9ybdqyw | 8/13/2018 12:58:13 pm EDT m3sftj3ahq | 2 |
| ▮▮▮▮ | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |

# EXHIBIT B
## Plaintiff's Clarity Credit Disclosure dated June 15, 2022

| Months at Employer | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 28 Months | 8/13/2018 12:58:11 pm EDT 0df9ybdqyw | 8/13/2018 12:58:13 pm EDT m3sftj3ahq | 2 |
| 36 Months | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 1 |
| 62 Months | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |

**Banking Information**

# EXHIBIT B
## Plaintiff's Clarity Credit Disclosure dated June 15, 2022

Banking information is listed in no particular order and includes all previously submitted banking information that you, your creditors and/or other sources have reported. The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your bank routing number and direct deposit, then those data elements came from the same inquiry.

| | | | |
|---|---|---|---|
| **Bank Routing Number:** | ▉▉▉▉▉ | **Bank Account Number:** | ▉▉▉▉▉ |
| **Bank Routing Number First Reported (Date/Time/Tracking #):** | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | **Bank Account Type:** | |
| | | **Bank Account Type Last Reported:** | |
| **Bank Routing Number Last Reported (Date/Time/Tracking #):** | 2/25/2020 11:25:50 pm EST dm7531rady | **Bank Name:** | Wells Fargo Bank, Na |
| | | **Main Office Address:** | 1137 W 68TH ST HIALEAH FL, 33014 |
| **# of Times Bank Routing Number Reported:** | 2 | **Main Office Phone:** | 786-491-7697 |

| | | | |
|---|---|---|---|
| **Bank Routing Number:** | ▉▉▉▉▉ | **Bank Account Number:** | ▉▉▉▉▉ |
| **Bank Routing Number First Reported (Date/Time/Tracking #):** | 5/2/2019 5:06:32 pm EDT 725yq6n375 | **Bank Account Type:** | |
| | | **Bank Account Type Last Reported:** | |
| **Bank Routing Number Last Reported (Date/Time/Tracking #):** | 5/2/2019 5:06:32 pm EDT 725yq6n375 | **Bank Name:** | Wells Fargo Bank, Na |
| | | **Main Office Address:** | 1137 W 68TH ST HIALEAH FL, 33014 |
| **# of Times Bank Routing Number Reported:** | 1 | **Main Office Phone:** | 786-491-7697 |

| | | | |
|---|---|---|---|
| **Bank Routing Number:** | ▉▉▉▉▉ | **Bank Account Number:** | ▉▉▉▉▉ |
| **Bank Routing Number First Reported (Date/Time/Tracking #):** | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | **Bank Account Type:** | CHECKING |
| | | **Bank Account Type Last Reported:** | 10/16/2019 12:40:41 am EDT 9n0v6n85yc |
| **Bank Routing Number Last Reported (Date/Time/Tracking #):** | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | **Bank Name:** | Selfreliance Baltimore Fcu |
| | | **Main Office Address:** | 2345 EASTERN AVE BALTIMORE MD, 21224 |
| **# of Times Bank Routing Number Reported:** | 1 | **Main Office Phone:** | 410-327-9841 |

# EXHIBIT B
## Plaintiff's Clarity Credit Disclousre dated February 5, 2023 – Income Information

**Clarity Report for SMITH, ZAYRE**

2/5/2023

**Consumer**

Name
SMITH, ZAYRE

Address

Reference Number

**Income Information**

Income information is listed in no particular order and includes all previously submitted net monthly incomes that you, your creditors and/or other sources have reported. The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your net monthly income, pay frequency, date of next paycheck, and direct deposit, then all those data elements came from the same inquiry.

| Date of Next Paycheck | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 01/01/2001 | 8/13/2018 12:58:11 pm EDT 0df9ybdqyw | 8/13/2018 12:58:13 pm EDT m3sftj3ahq | 2 |
| 08/17/2018 | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 8/6/2018 11:16:41 pm EDT d5gnaed7sq | 1 |
| 10/18/2019 | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 10/16/2019 12:40:41 am EDT 9n0v6n85yc | 1 |